# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUG LONGHINI,**

    **Plaintiff,**

**v.**                                                  Case No: 6:17-cv-987-Orl-40KRS

**J.U.T.A., INC. and CELEBRATION PLAZA, INC.,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR CLARIFICATION OF ADA SCHEDULING ORDER DATED JUNE 2, 2017 [DOC 6] REGARDING STAYED DISCOVERY AND MOTION TO COMPEL MEDIATION (Doc. No. 34)**
>
> **FILED:** August 10, 2018
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part.**

The Court's ADA Scheduling Order, Doc. No. 6, applies to all parties in this case unless or until it is modified or rescinded by the Court. Even if the ADA Scheduling Order was not operative, the Local Rules of this Court prohibit a party from conducting discovery until after the meeting to prepare the Case Management Report is held. Local Rule 3.05(c)(2)(B).

Accordingly, it is **ORDERED** that if Celebration Plaza, Inc. has not complied with the ADA Scheduling Order, it must file, on or before August 13, 2018, a motion seeking an enlargement of

time to comply with that Order.

    **DONE** and **ORDERED** in Orlando, Florida on August 10, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
